IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | | |
|---|---|---|
| FREDDIE HESS, et al., | ) | CASE NO. C2 05 404 |
| | ) | |
| Plaintiffs, | ) | MAGISTRATE JUDGE |
| | ) | NORAH McCANN KING |
| v. | ) | |
| | ) | |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

## SETTLEMENT AND DISMISSAL ENTRY

This day came the parties by their counsel and it appearing that this action has been settled, and the settlement monies agreed upon paid to the Plaintiffs, this action is dismissed with prejudice to the bringing of a new action against the Defendant. Each party to bear its own costs.

*Norah McCann King*
Digitally signed by Norah McCann King
DN: cn=Norah McCann King, c=US
Date: 2006.06.13 09:14:54 -04'00'
Signature Valid

NORAH McCANN KING
MAGISTRATE JUDGE

APPROVED:

*[signature]*

STEVEN E. HILLMAN (0002578)
Trial Attorney for Plaintiffs
425 Metro Place North, Suite 460
Dublin, Ohio  43017
(614) 766-6346  FAX: (614) 766-6418

GALLAGHER, GAMS, PRYOR,
TALLAN & LITTRELL L.L.P.

By: _____
MARK H. GAMS          (0025362)
Trial Attorney for Defendant, State Farm
Fire and Casualty Company
471 East Broad Street, 19th Floor
Columbus, Ohio 43215-3872
(614) 228-5151  FAX: (614) 228-0032
mgams@ggptl.com

mhg\200289\pl 11 kh